**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 00-2308

———————

LORENZO GRIER,

                                        Plaintiff - Appellant,

        versus

DAYS INN,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-00-1281-A)

———————

Submitted: March 22, 2001          Decided: March 27, 2001

———————

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Lorenzo Grier, Appellant Pro Se. Leslie Sue McAdoo-Brobson, HOLLAND & KNIGHT, Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lorenzo Grier appeals the district court's order dismissing his suit. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Grier v. Days Inn</u>, No. CA-00-1281-A (E.D. Va. filed Sept. 8, 2000; entered Sept. 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>